## DeAngelo, Appellant, *v.* Philadelphia Transportation Co.

Argued April 30, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Mark Charleston,* with him *Charleston & Post,* for appellant.

*Daniel I. Murphy,* for appellee.

OPINION PER CURIAM, July 1, 1968:

Judgment on the verdict has not been entered; hence, the appeal must be quashed.

Mr. Justice MUSMANNO took no part in the consideration or decision of this case.